IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-40112
Summary Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

GORDON NDUSI OKOLI,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:95-CR-33-ALL
- - - - - - - - - -

September 23, 1998

Before JOLLY, SMITH, and WIENER, Circuit Judges.

PER CURIAM:[*]

Gordon Okoli appeals his conviction for possession with the intent to distribute cocaine. He argues that the district court erred in denying his motion to suppress evidence seized after a traffic stop, in denying a continuance due to his absence from the trial, and in instructing the jury.

We have reviewed the record and the briefs of the parties and find no reversible error. Accordingly, we AFFIRM. See

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

United States v. Okoli, No. 6:95CR00033-001 (E.D. Tex., Jan. 21, 1998).